

# Fourth Court of Appeals
## San Antonio, Texas

January 8, 2020

No. 04-19-00714-CV

**THE STATE OF TEXAS** ex. rel. Todd A. Durden, In His Official Capacity as County
Attorney,
Appellants

v.

James T. 'Tully' **SHAHAN**, In His Official Capacities as County Judge; Mark Frerich, In His
Official Capacity as County Commissioner; Joe Montalvo, In His Official Capacity as County
Commissioner; Dennis Dodson, In His Official Capacity as County Commissioner; Tim Ward,
In His Official Capacity as County Commissioner; Kinney County Commissioners Court and
Kinney County,
Appellee-s

From the 63rd Judicial District Court, Kinney County, Texas
Trial Court No. 4845
Honorable Sid L. Harle, Judge Presiding

# O R D E R

Appellees have filed a motion to dismiss. Appellant is ORDERED to file a response to
the appellees' motion on or before January 21, 2020.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 8th day of January, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court